March 26, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

LIZZIE J. LOVALL, INDIVIDUALLY; KEITH L. SHAW; INDIVIDUALLY: KENNETH L. YOUNG; INDIVIDUALLY; KIM L. SHAW, INDIVIDUALLY, Appellants

NO. 14-13-00071-CV            V.

HARRIS COUNTY, TEXAS, INDIVIDUALLY, OFFICIALLY AND VICARIOUSLY; MAY WALKER, CONSTABLE, PRECINCT 7, INDIVIDUALLY; RUTH MCDUGLE, INDIVIDUALLY; DARLA TURNER, INDIVIDUALLY; JOHN K. GEORGE, OFFICIALLY, INDIVIDUALLY; GOW-MING CHAO, INDIVIDUALLY; ET AL, Appellees

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on December 27, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Lizzie J. Lovall, Individually; Keith L. Shaw; Individually: Kenneth L. Young; Individually; Kim L. Shaw, Individually.

We further order this decision certified below for observance.